**Charles Lee BENNETT, Appellant,**

v.

**Henry SMALL and Bernice Small, Respondents.**

**No. WD 33704.**

Missouri Court of Appeals,
Western District.

April 5, 1983.

John M. Cleary, Kansas City, for appellant.

Henry and Bernice Small, pro se.

Before SOMERVILLE, C.J., and SHANGLER and PRITCHARD, JJ.

ORDER

PER CURIAM.

This appeal is from a judgment to discharge the defendants cited for contempt for the violation of an order of injunction.

The judgment is affirmed. Rule 84.16(b).

**Robert D. SHOWALTER, Appellant,**

v.

**Darlene SHOWALTER, Respondent.**

**No. WD 33768.**

Missouri Court of Appeals,
Western District.

April 5, 1983.

Gerald H. Rosen and Richard H. Anton, Kansas City, for appellant.

James R. Brown of Brown & Brown, Kansas City, for respondent.

Before PRITCHARD, P.J., and MANFORD and NUGENT, JJ.

PER CURIAM:

ORDER

Appeal from decree of dissolution.
Judgment affirmed. Rule 84.16(b).